UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luz Mary Patricia Valdes Acevedo,<br><br>                                        Petitioner,<br><br>-v-<br><br>Nassau County Correctional Center,<br>United States Department of Homeland Security,<br>United States Department of Justice,<br><br>                                        Respondents. | 2:26-cv-250<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, Moshannon Valley Processing Center, 555 GEO Drive, Philipsburg, PA 16866

NUSRAT J. CHOUDHURY, United States District Judge:

The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Luz Mary Patricia Valdes Acevedo, A# 046-568-738,** who is presently detained in the Moshannon Valley Processing Center, 555 GEO Drive, Philipsburg, PA 16866, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **Wednesday, January 28, 2026 at 11:30 am**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain **Ms. Luz Mary Patricia Valdes Acevedo** in safe and secure custody throughout the entire hearing.

Following the hearing, if the Court orders **Ms. Acevedo** to remain in detention, U.S. Immigration and Customs Enforcement shall return her under safe and secure custody to a detention facility in the Eastern District of New York, Southern District of New York, the District of New Jersey, or the Moshannon Valley Processing Center. Alternatively, if the Court grants the petition and orders **Ms. Acevedo** released from detention, U.S. Immigration and Customs Enforcement shall immediately process **Ms. Acevedo** for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
January 26, 2026

                                                  */s/ Nusrat J. Choudhury*
                                                  NUSRAT J. CHOUDHURY
                                                  United States District Judge