UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luz Mary Patricia Valdes Acevedo,<br><br>                                   Petitioner,<br><br>-v-<br><br>Nassau County Correctional Center,<br>United States Department of Homeland Security,<br>United States Department of Justice,<br><br>                                   Respondents. | 2:26-cv-250<br>(NJC) |

# ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On January 15, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §§ 2241 and 2242. (*See* ECF No. 1.)

For the reasons discussed at the Court's hearing on the Petition on January 28, 2026 at 11:30 a.m., which are to be set forth in more detail in a forthcoming written Opinion and Order, the Petition for a Writ of Habeas Corpus is GRANTED. The Court therefore ORDERS that Respondents process and effectuate Ms. Valdes Acevedo's release from custody immediately upon conclusion of the January 28, 2026 hearing.

The Court FURTHER ORDERS that pending any final order of removal, Respondents shall not deny Ms. Valdes Acevedo bond in any subsequent proceeding on the basis that she must be detained pursuant to 8 U.S.C. § 1225(b)(2), 8 U.S.C. § 1226(c), or 8 U.S.C. § 1231(a)(5)

or (6) absent a change in relevant circumstances consistent with this Order.

Dated: Central Islip, New York
       January 28, 2025

                                            */s/ Nusrat J. Choudhury*
                                            NUSRAT J. CHOUDHURY
                                            United States District Judge